

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 1:09-CR-89** |
| | § | |
| **SAMUEL EUGENE JEFFRIES** | § | |

<u>**MEMORANDUM ORDER**</u>
<u>**ADOPTING FINDINGS OF FACT AND RECOMMENDATION**</u>
<u>**ON DEFENDANT'S GUILTY PLEA**</u>

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate

Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal

Procedure. Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule

of Criminal Procedure 11 and issued his *Findings of Fact and Recommendation on Guilty Plea*

*Before the United States Magistrate Judge* [Clerk's doc. #19]. The Magistrate Judge recommended

that the Court accept Defendant's guilty plea and conditionally accept the plea agreement. He further

recommended that the Court finally adjudge Defendant as guilty on **Count I** of the **Indictment** filed

against Defendant in this cause.

The parties have not objected to the magistrate judge's findings. The Court is of the opinion

that the *Findings of Fact and Recommendation on Guilty Plea* should be accepted. It is, therefore,

**ORDERED** that the *Findings of Fact and Recommendation on Guilty Plea* [Clerk's doc. #19] of

–1–

the United States Magistrate Judge are **ADOPTED.** The plea agreement is conditionally accepted by the Court at this time. It is further **ORDERED** that, in accordance with Defendant's guilty plea and the magistrate judge's findings and recommendation, Defendant, Samuel Eugene Jeffries, is hereby adjudged as guilty on **Count I** of the charging **Indictment** charging violations of Title 26, United States Code, Section 5861(d).

So **ORDERED** and **SIGNED** this **20** day of **January, 2010.**

_____

Ron Clark, United States District Judge